MURRAY HILL PARTNERS v. Wilson B. PROPHET, Jr.; Murray Hill Corp.; Brady Landscaping Co., Inc.; Koppers Co., Inc.; Murray Hill Community Assoc., No. 16-80

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

Pearl DUVAL v. CITY OF ST. ALBANS, No. 42-80

September 8, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

LOUIS ANTHONY CORPORATION d/b/a Zonka's II v. DEPARTMENT OF LIQUOR CONTROL, No. 57-80

September 8, 1980. Appellant's brief shall be filed by September 26, 1980, or cause dismissed.

John T. McINTOSH and Margaret A. McIntosh v. Ransom D. BLOOD, No. 79-80

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P.

31(c) with respect to oral argument.

STATE of Vermont v. Ronald Joseph CARRARA, No. 121-80

September 8, 1980. Appellant's brief shall be filed by September 30, 1980, or appeal dismissed.

Helen PATCH v. Thomas E. BAIRD and Baird Associates, Inc., No. 130-80

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

Lillian STENTA v. DEPARTMENT OF SOCIAL WELFARE, No. 133-80

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

Dennis A. CHARBONNEAU v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 141-80

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.